# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4162

_____

Gerald L. Brumley,                 *
                               *

        Appellant,       *
                               *    Appeal from the United States
   v.                      *    District Court for the
                               *    Western District of Arkansas.
City of Rockport; Officer Brandon  *
Thomason; David Thomason,     *       [UNPUBLISHED]
                               *
        Appellees.       *

_____

Submitted: May 3, 2007
Filed: May 9, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Gerald Brumley appeals the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. Following careful de novo review, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B. All pending motions are denied.

_____

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.